**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Balar Equipment Corp., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VT Leeboy, Inc., a North Carolina corporation formerly known as B.R. Lee Industries, Inc.; John Does, I-X, inclusive; Jane Does, I-X, inclusive; Black and White Corporation, I-X, inclusive; XYZ Partnerships, I-X, inclusive,<br><br>    Defendants. | No. CV 07-403-PHX-EHC<br><br>**ORDER** |

On July 23, 2009 this Court stayed the action pending the completion of arbitration proceedings in North Carolina, (Doc. 28), according to the instructions and mandate issued by the Ninth Circuit on July 20, 2009, (Doc. 27).

This Court ordered further that the parties shall file a Status Report and separate Stipulation, requesting that the stay be lifted, after the arbitration proceedings are completed. (Doc. 28.)

This Court has not received any filings or updates for more than a year.

Accordingly,

**IT IS ORDERED** the parties shall file a Joint Status Report by **October 7, 2010**,

1 updating the Court on (1) the status of the case and arbitration proceedings in North
2 Carolina.
3     DATED this 24th day of September, 2010.

                                          Earl H. Carroll
                                     United States District Judge